# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASANDRA PRICE, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HERBERT CHRISTOPHER, Trustee of the Christopher Family Trust dated June 19, 2001; IHOP FOOTHILL BLVD., a business of unknown form; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 5:21-cv-01451-JAK-SP<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>JS-6 |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff LaSandra Price's action against Defendants Herbert Christopher, and IHOP Foothill Blvd. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: October 20, 2021

　　　　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　　　　United States District Judge

1

ORDER FOR DISMISSAL WITH PREJUDICE